In re:  Case No. 21-70548-JHH
Robert Foster Deason, Jr.  Chapter 7
Vickie Lynne Deason
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-7     User: admin     Page 1 of 2
Date Rcvd: Jun 24, 2021     Form ID: 309A     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Foster Deason, Jr., Vickie Lynne Deason, 400 Birmingham Avenue, Jasper, AL 35501-3864 |
| 10689301 | + | APCO Employees Credit Union, 750 17th Street North, Birmingham, AL 35203-2020 |
| 10689304 | + | Apco Emps Credit Union, 750 17th Street North, Birmingham, AL 35203-2020 |
| 10689322 | + | James Nadler, P.O. Box 52815, Atlanta, GA 30355-0815 |
| 10689323 | + | Moxley & Associates, LLC, P.O. Box 4953, Montgomery, AL 36103-4953 |
| 10689324 | + | SYNCHRONY BANK, C/O ALDRIDGE PITE HAAN, P.O. Box 52815, Atlanta, GA 30355-0815 |
| 10689314 | + | Southern Kidney Care, P.O. Box 14009, Belfast, ME 04915-4031 |
| 10689320 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 10689321 | + | W Alabma B&T, 509 First Avenue West, Reform, AL 35481-4602 |
| 10689302 | + | Wintrust Mortgage, 9700 W Higgins Road, Suite 300, Des Plaines, IL 60018-4736 |
| 10689325 | + | Zarzaur & Schwartz, PC, P.O. Box 11366, Birmingham, AL 35202-1366 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: vince@adamslawllc.com | Jun 24 2021 23:31:00 | Vincent Lee Adams, Adams Law Group, LLC, 2100 SouthBridge Parkway, Suite 650, Birmingham, AL 35209 |
| tr | + | EDI: BRAMORGAN.COM | Jun 25 2021 03:18:00 | Robert A. Morgan, Robert A. Morgan, Attorney at Law, 1130 University Blvd, Suite B9, Box 632, Tuscaloosa, AL 35401-0328 |
| smg | + | Email/Text: bnc_notices_western@alnba.uscourts.gov | Jun 24 2021 23:34:00 | Rachel L. Webber, Tuscaloosa BA, 2005 University Blvd, Room 1300, Tuscaloosa, AL 35401-1526 |
| 10689303 | + | EDI: FRAN.COM | Jun 25 2021 03:18:00 | 1st Franklin Financial, 2525 Highway 78 East, Jasper, AL 35501-3433 |
| 10689306 | + | Email/Text: bk@avadiancu.com | Jun 24 2021 23:35:05 | Avadian Credit Union, Attn: Bankruptcy, P.O. Box 360287, Birmingham, AL 35236-0287 |
| 10689307 | + | EDI: CITICORP.COM | Jun 25 2021 03:13:00 | CBNA, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 10689309 | + | EDI: CITICORP.COM | Jun 25 2021 03:13:00 | Citibank, N.A., Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 10689310 | + | EDI: CITICORP.COM | Jun 25 2021 03:13:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 10689311 | + | EDI: CITICORP.COM | Jun 25 2021 03:13:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 10689312 | + | EDI: CRFRSTNA.COM | | |

| Recip ID | Bypass | Date/Method | Name and Address |
|---|---|---|---|
| | | Jun 25 2021 03:13:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 10689308 | EDI: JPMORGANCHASE | Jun 25 2021 03:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 10689313 | + Email/Text: bknotices@mbandw.com | Jun 24 2021 23:34:00 | McCarthy, Burgess, & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 10689315 | + EDI: RMSC.COM | Jun 25 2021 03:13:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 10689317 | + EDI: RMSC.COM | Jun 25 2021 03:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 10689318 | + EDI: RMSC.COM | Jun 25 2021 03:13:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10689305 | *+ | Apco Emps Credit Union, 750 17th Street North, Birmingham, AL 35203-2020 |
| 10689316 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 10689319 | *+ | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021      Signature:    /s/Joseph Speetjens

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert Foster Deason Jr.** | | Social Security number or ITIN | xxx–xx–6612 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vickie Lynne Deason** | | Social Security number or ITIN | xxx–xx–2972 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION | | | Date case filed for chapter 7  6/24/21 | |
| Case number:   21–70548–JHH7 | | | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**
**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Foster Deason Jr. | Vickie Lynne Deason |
| 2. | **All other names used in the last 8 years** | | fka Vickie Reno Deason |
| 3. | **Address** | 400 Birmingham Avenue<br>Jasper, AL 35501–3864 | 400 Birmingham Avenue<br>Jasper, AL 35501–3864 |
| 4. | **Debtor's attorney**<br>Name and address | Vincent Lee Adams<br>Adams Law Group, LLC<br>2100 SouthBridge Parkway, Suite 650<br>Birmingham, AL 35209 | Contact phone 205–414–7421<br><br>Email:  vince@adamslawllc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert A. Morgan<br>Robert A. Morgan, Attorney at Law<br>1130 University Blvd, Suite B9, Box 632<br>Tuscaloosa, AL 35401 | Contact phone 205–561–9310 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 2005 University Blvd., Room 2300<br>Tuscaloosa, AL 35401 | Hours open: 8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br>Contact phone 205–561–1600<br>Date: 6/24/21 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | July 22, 2021 at 10:15 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold. Debtor(s) is encouraged to contact your attorney prior to the meeting for more information. | **Telephone Conference:**<br>877–873–8017<br>**Access Code:**<br>9580327# |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/20/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

**Case 21-70548-JHH7    Doc 9    Filed 06/26/21    Entered 06/26/21 23:38:14    Desc Imaged Certificate of Notice    Page 4 of 4**