Form Number LR 4001-1 (c) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN ▼ DIVISION

| | | |
|---|---|---|
| **In re:** | } | Case No. 21-70548-JHH-7 |
| Robert Foster Deason, Jr. | } | Chapter 7 |
| | } | |
| Vickie Lynne Deason, | } | |
| **Debtor(s)** | } | |

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: Security Agreement   Date of Loan/Credit Transaction 2/10/2020

Type of Collateral: 2012 Nissan Pathfinder   Monthly Payment: 210.00

Amount Financed: $10,216.50   APR or Interest Rate: 8.45

Term of Loan: 60 months or _____ years

Payoff Amount: $7,792.58 as of 8/18/2021 (Date)

Value of Collateral and Basis: $8,175.00 (Value) as of 8/18/2021 (Date) and NADA (Basis)

Address of real property: n/a

Delinquent Pre-Petition Payments:
 What Month(s)? 8/2021
 Amount? 210.00
 Claim filed? ___ Yes ✓ No
 Date claim filed: _____ Claim Number n/a

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: n/a

Delinquent Post-Petition Payments:
 What Month(s)? 8/2021
 Amount of mortgage payments? 210.00
 Late Charges? n/a
 Court Costs / Attorney's fees? n/a
 Total Amount Due 210.00
 Claim filed? ___ Yes ✓ No
 Date claim filed: _____ Claim Number _____

Number of Post-Petition Payments Received (Not How Applied): 0
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: 0
Number of Post-Petition Payments Returned by Creditor to Debtor: 0

If Lease, Lease Expiration Date: Not Applicable
If Terminated, Lease Termination Date: Not a lease

Insurer of Collateral: Unknown
Term of Insurance: _____ (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: ___ Yes ✓ No
 If yes, give case number(s) and date(s) of order(s)
 Case No.: _____ Date: _____
 Case No.: _____ Date: _____
 Case No.: _____ Date: _____

Debtor's Statement of Intention: surrender

Date: August 19, 2021   Submitted by: /s/ Michael A. Harrison ASB-0580
                        (signature)