**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

IN RE:

      **ROBERT FOSTER DEASON, JR. and**        **CASE NO: 21-70548-JHH-7**
      **VICKIE LYNNE DEASON,**

                                             **CHAPTER 7**

      **DEBTORS.**

**CONSENT ORDER GRANTING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

        This matter having come before the Court on the Motion for Relief from Automatic Stay of APCO Employees Credit Union (Doc. No. 21). Based on the Court's review of pleadings and statements from Counsel for the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

        1.      APCO Employees Credit Union's Motion for Relief from Automatic Stay is GRANTED as to the 2012 Nissan Pathfinder, VIN #5N1AR1NN9CC636581.

        **DONE** this the 19th day of August, 2021.

                                  /s/ JENNIFER H. HENDERSON
                                  UNITED STATES BANKRUPTCY JUDGE

This Order prepared by:
Michael A. Harrison asb-0580-r77m
Key, Greer, Harrison & Casey
P.O. Box 360345
Birmingham, AL 35236
Telephone: (205) 987-2211
Facsimile: (205) 403-3491
Email: michael@keygreer.com
Attorney for APCO Employees Credit Union

**CONSENTED TO BY:**

*/s/ Robert A. Morgan*
Robert A. Morgan, Trustee

*/s/ Vincent Lee Adams*                    */s/ Michael A. Harrison*
Vincent Lee Adams, Esq.                    Michael A. Harrison, Esq.
Attorney for the Debtors                   Attorney for Creditor